FRANK J. SHALLOW, Appellant, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Defendant, and EMMA C. CARBALLAL, Respondent.

Argued January 8, 1952; decided January 24, 1952.

*Samuel Seligsohn* and *Daniel S. Weiss* for appellant.

*Philip A. Limpert* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.